# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

EDUARDO S. VEGA

Case Number: 2:98-cr-53-RAL-2

USM Number: 20662-018

Russell Rosenthal, FPD
1514 Broadway, Ste. 301
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers One through Twelve of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to submit written monthly reports in violation of Condition Number Two of the Standard Conditions of Supervision | October 5, 2009 |
| Two | Failure to follow the instructions of the probation officer in violation of Condition Number Three of the Standard Conditions of Supervision | October 30, 2009 |
| Three | Positive urinalysis for cocaine in violation of Condition Number Seven of the Standard Conditions of Supervision | October 8, 2009 |
| Four | Positive urinalysis for opiates in violation of Condition Number Seven of the Standard Conditions of Supervision | October 8, 2009 |
| Five | Failure to answer truthfully in violation of Condition Number Three of the Standard Conditions of Supervision | October 8, 2009 |
| Six | Positive urinalysis for cocaine in violation of Condition Number Seven of the Standard Conditions of Supervision | October 27, 2009 |
| Seven | Failure to answer truthfully in violation of Condition Number Three of the Standard Conditions of Supervision | October 27, 2009 |
| Eight | Failure to comply with the Home Detention Program in violation of the Special Condition | October 29, 2009 |
| Nine | Failure to comply with the Home Detention Program in violation of the Special Condition | October 30, 2009 |
| Ten | Failure to comply with the Home Detention Program in violation of the Special Condition | October 31, 2009 |
| Eleven | Failure to comply with the Home Detention Program in violation of the Special Condition | November 1, 2009 |

| | | |
|---|---|---|
| Twelve | Failure to report in violation of Condition Two of the Standard Conditions of Supervision | November 2, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

12/18/2009

*[signature: John E. Steele]*

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

December __18__, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 Months**.

The Court recommends to the Bureau of Prisons:

1. Incarceration in a facility close to home (Sarasota, FL).

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED